# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Alan Stutts

                            Plaintiff,

v.                                                 Case No.: 1:22−cv−03719
                                                              Honorable Jorge L. Alonso

CDM Media USA, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation to dismiss has been filed. This case is dismissed without prejudice with leave to reinstate by 9/19/22. If no motion to reinstate has been filed by 9/19/22, this case will automatically be dismissed with prejudice. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.